UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JILL HARRISON, an Individual;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSS DRESS FOR LESS, INC., a Delaware Corporation, DOES I – X, Inclusive, and ROE Corporations I – X, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00492-APG-EJY<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

In light of the Parties' Stipulation and good cause appearing therefore, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Ross Dress for Less, Inc. shall have an extension of time of until June 5, 2024 by which to respond to Plaintiff Jill Harrison's Complaint.

**IT IS SO ORDERED that the parties' stipulation at ECF No. 9 is GRANTED.**

Dated: May 7th, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE