1 | **SEYFARTH SHAW LLP**
Jennifer R. Brooks (SBN 14480)
Jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300

Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JILL HARRISON, an Individual;<br><br>             Plaintiff,<br><br>     v.<br><br>ROSS DRESS FOR LESS, INC., a Delaware Corporation, DOES I – X, Inclusive, and ROE Corporations I – X, Inclusive,<br><br>             Defendants. | Case No. 2:24-cv-00492-APG-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Jill Harrison ("Plaintiff") and Defendant Ross Dress for Less, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby stipulate and agree that the time for service and filing of an answer or other response by said Defendant to the Complaint filed in the above-entitled action may be extended from June 5, 2024 to July 5, 2024. The Parties have agreed to the extension in the interests of conserving the time and resources of both the Court and the Parties while the Parties explore the possibility of early resolution. The requested extension was made before the expiration of deadline to respond to the Complaint.

This is Defendant's second request for an extension to file an answer or other response to the Complaint.

**IT IS SO STIPULATED.**

DATED: June 3, 2024

Attorney Ryan Alexander
3017 West Charleston Blvd, Suite 10
Las Vegas, Nevada  891102
Phone: (702) 868-3311
Fax: (702) 822-1133
Email: ryan@ryanalexander.us

*Attorneys for Plaintiff*

By: _/s/ Ryan Alexander_____
    Ryan Alexander, Bar No. 10845

DATED: June 3, 2024

SEYFARTH SHAW
700 Milan St., Suite 1400
Houston, TX 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
Email: jrbooks@seyfarth.com

*Attorneys for Defendant*

By: __/s/ Jennifer R. Brooks_____
    Jennifer R. Brooks, Bar No. 14480

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  June 3, 2024