RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
RICHARD A. ENGLEMANN, ESQ.
Nevada Bar No. 6965
RYAN ALEXANDER, CHTD.
3017 W. Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
ryan@ryanalexander.com
richard@ryanalexander.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JILL HARRISON, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>ROSS DRESS FOR LESS, INC., a Delaware Corporation, DOES I - X, Inclusive, and ROE Corporations I - X, Inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00492-APG-EJY<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff JILL HARRISON, by and through her counsel of record, RYAN ALEXANDER, ESQ. and RICHARD A. ENGLEMANN, ESQ. of RYAN ALEXANDER, CHTD., and Defendant ROSS DRESS FOR LESS, INC., by and through its counsel of record, JENNIFER R. BROOKS, ESQ. of SEYFARTH SHAW LLP, have reached an agreement for a full and final settlement of Plaintiff's claims against the above-mentioned Defendant.

Dated November 1, 2024.

RYAN ALEXANDER, CHTD.

/s/ Ryan Alexander
RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to Fed. R. Civ. P. 5, I served via electronic service via CM/ECF a true and correct copy of the foregoing NOTICE OF SETTLEMENT addressed to:

 x  CM/ECF – Electronic service.

   Jennifer R. Brooks, Esq.
   SEYFARTH SHAW LLP
   700 Milam St., Ste. 1400
   Houston, Texas 77002
   Telephone: (713) 225-2300
   jbrooks@seyfarth.com; 3951805420@fiings.docketbird.com;
   equifaxdocketing@seyfarth.com; and s-equifaxdmins@seyfarth.com
   *Attorney for Defendant*
   *Ross Dress for Less, Inc.*

 ☐  MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

 ☐  PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

 ☐  OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct. Executed on 1st day of November, 2024 in Las Vegas, Nevada.

            */s/ Edwardo Martinez*
            An employee of Ryan Alexander, Chtd.