RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
RICHARD ENGLEMANN, ESQ.
Nevada Bar No. 6965
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
ryan@ryanalexander.us
richard@ryanalexander.us
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JILL HARRISON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS DRESS FOR LESS, INC., a Delaware Corporation, DOES I - X, Inclusive, and ROE Corporations I - X, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-00492-APG-EJY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff JILL HARRISON and Defendant ROSS DRESS FOR LESS, INC, through their respective and duly authorized counsel, hereby agree and stipulate to the dismissal with prejudice of this action, under the authority of Fed. R. Civ. Proc. 41(a)(1). All parties shall bear their own fees and costs.

Pursuant to LR IC 5-1(d), Ryan Alexander, Esq., counsel for Plaintiff, hereby attests that concurrence in the filing of the document has been obtained by each Signatory below.

| | |
|---|---|
| Dated: 12/12/2024<br>RYAN ALEXANDER, CHTD.<br><br>_____<br>RYAN ALEXANDER<br>Nevada Bar No. 10845<br>*Attorney for Plaintiff* | Dated: 12/12/2024<br>SEYFARTH SHAW LLP<br><br>*/s/ Jennifer R. Brooks*<br>Jennifer R. Brooks, Esq.<br>Nevada Bar No. 14480<br>*Attorney for Defendant Ross Dress for Less, Inc.* |

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 13, 2024